UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEONARD WILLIAMS,<br><br>   Plaintiff,<br><br> v.<br><br>DR. JAMES FENOGLIO, PHILLIPPE, DR. PHIL MARTIN, STEPHINE REED, HALLINGWORTH, LT. ROBERT BOLDREY, LT. VAUGHN, LT. DALLAS, EUBANK, WILLIS, RHONDES, NURSE POTTS, DOWNEY, CUMMINS, WARDEN HODGE and JOHN DOE NURSE,<br><br>   Defendants. | Case No. 14-cv-506-JPG-PMF |

**MEMORANDUM AND ORDER**

  This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 44) of Magistrate Judge Philip M. Frazier recommending that the Court deny plaintiff Leonard Williams' motion for a preliminary injunction (Doc. 43).

  The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

  The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court:

- **ADOPTS** the Report in its entirety (Doc. 44); and
- **DENIES without prejudice** Williams' motions for a preliminary injunction(Doc. 43).

**IT IS SO ORDERED.**
**DATED:** September 10, 2014

                s/J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**